# Alexander M'Cauley *against* Thomas Browne Smith.

No bail in slander or suit for a libel, unless there be special damage, or the charge be of a gross nature.

MOTION to discharge the defendant on common bail.

The action was brought for slanderous words, spoken of the plaintiff as an innkeeper. The words were, "he robs the trav "ellers' horses of their oats, but charges the oats to the travel lers." There was also a publication in the *Aurora*, on the same subject.

*Per Cur.* Unless some special damage can be proved, or the words spoken charge the defendant with a crime of a gross nature, it is the course of the court uniformly, to discharge the defendant in slander, on common bail : and the defendant was discharged accordingly.

Mr. T. Ross, *pro quer.*  Mr. J. Sergeant, *pro* def.